No. 10–852. MacDonald v. Johnson, Director, Virginia Department of Corrections. C. A. 4th Cir. Certiorari denied.

No. 10–855. Mathis v. Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division. C. A. 5th Cir. Certiorari denied.

No. 10–859. Prunty et al. v. Terry, Chapter 7 Trustee. C. A. 4th Cir. Certiorari denied.

No. 10–891. Latsch v. Shinseki, Secretary of Veterans Affairs. C. A. Fed. Cir. Certiorari denied.

No. 10–904. Etherly v. Davis, Warden. C. A. 7th Cir. Certiorari denied.

No. 10–919. DeFabio et al. v. East Hampton Union Free School District et al. C. A. 2d Cir. Certiorari denied.

No. 10–924. Taggart v. Chase Bank USA, N. A., et al. C. A. 3d Cir. Certiorari denied.

No. 10–960. Kalaycioglu v. United States. C. A. 11th Cir. Certiorari denied.

No. 10–6515. Jackson v. Geo Group, Inc., et al. C. A. 11th Cir. Certiorari denied.

No. 10–6873. Flores Feliciano et al. v. Molina et al. C. A. 1st Cir. Certiorari denied.

No. 10–6879. Hernandez-Mendoza v. United States. C. A. 8th Cir. Certiorari denied.

No. 10–6895. Sanchez v. United States. C. A. 10th Cir. Certiorari denied.

No. 10–6900. Toliver v. United States. C. A. 9th Cir. Certiorari denied.